# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JAYCEE WASSO,

Appellant

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1007

———————————————

August 23, 2024

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Howard L. Dimmig, II, Public Defender, and Clayton R. Kaeiser, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.